Martin CARDOZA–SEPULVEDA, aka
Martin Lugo Morales, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 10–73638.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2015.*

Filed March 26, 2015.

John E. Ricci, Law Office of Ricci and
Sprouls, San Francisco, CA, for Petitioner.

Craig Alan Newell, Jr., Esquire, Trial,
OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of
the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CALLAHAN, M. SMITH, and
WATFORD, Circuit Judges.

### MEMORANDUM **

Martin Cardoza–Sepulveda appeals from
the BIA's determination that because he
failed to establish that he is a United
States citizen, his motion to terminate deportation proceedings was properly denied.
Because the parties are familiar with the
facts and procedural history of this case,
we repeat only those facts necessary to
resolve the issues raised on appeal. We
deny the petition for review.

"[T]here must be strict compliance with
all the congressionally imposed prerequisites to the acquisition of citizenship." *Fedorenko v. United States,* 449 U.S. 490,
506, 101 S.Ct. 737, 66 L.Ed.2d 686 (1981).
Cardoza–Sepulveda has conceded that he
is not a United States citizen by birth
under INA § 301(a)(7), 8 U.S.C.
§ 1401(a)(7)(1964), because his father, a
United States citizen at birth, was not
physically present in the United States for
the time required by the statute—ten
years, five of which were after the age of
14—prior to Cardoza–Sepulveda's birth.
Additionally, Cardoza–Sepulveda does not
make the argument that he or his father
naturalized under INA § 316(a), 8 U.S.C.
§ 1427(a), or that either of them satisfied
the requirements necessary for naturalization. *See, e.g.,* INA § 312(a), 8 U.S.C.
§ 1423(a); INA § 313, 8 U.S.C. § 1424;
INA § 337, 8 U.S.C. § 1448. Therefore,
Cardoza–Sepulveda is not a citizen under
INA § 321(a), 8 U.S.C. § 1432(a) (enacted
1988)(repealed 2000), because his father
was a citizen at birth, not through naturalization. Because Cardoza–Sepulveda is
not a United States citizen, his motion to
terminate deportation proceedings was
properly denied.

### PETITION FOR REVIEW DENIED.

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.